ACCEPTED
14-14-00927-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 10:15:07 AM
CHRISTOPHER PRINE
CLERK

No. 14-14-00927-CV

## In The
## Fourteenth Court of Appeals at Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 10:15:07 AM
CHRISTOPHER A. PRINE
Clerk

ULRIKA BJORKSTAM AND JOSEPH DANIEL DRAY,
*Appellants,*

v.

WOODWARD, INC.,
*Appellee.*

On Appeal from the 190th Judicial District Court Of
Harris County, Texas
Trial Cause No. 2010-31214
The Honorable Patricia J. Kerrigan, Presiding

**NOTICE OF CHANGE OF ADDRESS**

John C. Schwambach, Jr., counsel for Ulirka Bjorkstam and Joseph Daniel Dray, recently changed firms and is now a member of Pierce & O'Neill, LLP. Attorney Schwambach's new contact information is set forth in the signature block below.

Respectfully submitted,

**PIERCE & O'NEILL, LLP**


*/s/ John C. Schwambach, Jr.*
John C. Schwambach, Jr.
Texas State Bar Number 17858450
4203 Montrose Boulevard
Houston, Texas 77006
713-634-3607  Direct
713-634-3600  Main
713-634-3601  Facsimile
jschwambach@pierceoneill.com

*Attorney for Appellants*

**CERTIFICATE OF SERVICE**

Pursuant to the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing was electronically filed and served upon all know counsel of record this 25th day of February, 2015.

*/s/ John C. Schwambach, Jr.*
**John C. Schwambach, Jr.**

899394.1